**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  <u>11-06729-dd</u>

**CONSENT ORDER MODIFYING STAY**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
 )  Case No. <u>11-06729-dd</u>
 Erin M Muse ) Chapter 13
 William J Muse )
 )
     Debtors )
_____)

## CONSENT ORDER MODIFING STAY

      This matter comes before the Court upon the joint motion of the Debtor and Joint-Debtor Spouse seeking an Order lifting the automatic stay to permit the South Carolina Family Court to adjudicate issues relating to the Final Divorce of the debtors.  The Debtor and Joint-Debtor Spouse both desire to have the bankruptcy stay modified so that they may proceed with the domestic action in Family Court.  The Chapter 13 Trustee consents to said relief from the stay.  It is therefore,

      ORDERED, ADJUDICATED, AND DECREED that the automatic stay is lifted pursuant to 11 U.S.C. § 362 and is hereby modified to allow the Family Court to hear, approve, and order the above.  The parties and the Chapter 13 Trustee further agree that upon motion by an interested party, this Court shall have the ability to review the determination by the Family Court as it may relate to the debtors' Bankruptcy case.

IT IS SO ORDERED.


WE SO MOVE:                                    I CONSENT


<u>/s/ Erin M Muse                    </u>           <u>/s/ By CM/ECF                    </u>
                                               Joy S. Goodwin
                                               Chapter 13 Trustee

<u>/s/ William J Muse            </u>

I certify that this order contains a true and complete statement of the agreement between the parties.

                                                  <u>/s/ David W. Melnyk        </u>
                                               David W. Melnyk, Dist. Court ID 7584
                                               Attorney for Debtor
                                               P.O. Box 687
                                               Irmo, SC 29063
                                               (803) 732-7800
                                               david@melnyklawfirm.com

Dated:  <u>  2/25/13           </u>